CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
JUN 27 2011
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| PAUL A. LOVINGS,<br> Petitioner, | ) <br> ) <br> ) | Civil Action No. 7:11-cv-00292 |
| v. | ) <br> ) | ORDER |
| TRACEY RAY, et al.,<br> Respondents. | ) <br> ) <br> ) | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that that the petition for a writ of habeas corpus is **DISMISSED**, pursuant to Rule 4 of the Rules Governing § 2254 Cases; a Certificate of Appealability is **DENIED**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

ENTER: This 27th day of June, 2011.

            /s/ Jackson L. Kiser
            Senior United States District Judge